**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**
**Docket No. 37183**

| STATE OF IDAHO, | ) | 2010 Unpublished Opinion No. 597 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: August 18, 2010 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| RYAN JAMES DERUITER, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fifth Judicial District, State of Idaho, Jerome County. Hon. John K. Butler, District Judge.

Judgment of conviction and unified sentence of twenty years, with a minimum period of confinement of one and one-half years, for delivery of a controlled substance, _affirmed_.

Molly J. Huskey, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Chief Judge; GRATTON, Judge;
and MELANSON, Judge

_____

PER CURIAM

Ryan James Deruiter pled guilty to delivery of a controlled substance. Idaho Code § 37-2732(a)(1)(A). The district court sentenced Deruiter to a unified term of twenty years, with a minimum period of confinement of one and one-half years and ordered the sentence to run concurrent to a sentence imposed in Jerome County. Deruiter appeals asserting the district court abused its discretion by imposing an excessive sentence.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. _See State v. Hernandez_, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Deruiter's judgment of conviction and sentence are affirmed.